AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Mark K. Ponder

*Defendant*

)
)  Case: 1:21-mj-00303
)  Assigned To : Harvey, G. Michael
)  Assign. Date : 3/12/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Mark K. Ponder                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1), (2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (F) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting a Federal Officer with a Dangerous or Deadly Weapon.

Date:  03/12/2021                                        *(signature)*    Digitally signed by G. Michael Harvey
                                                                          Date: 2021.03.12 15:53:14 -05'00'
                                                                          *Issuing officer's signature*

City and state:     Washington, D.C.                     G. Michael Harvey, U.S. Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/17/2021, and the person was arrested on *(date)* 3/17/2021
at *(city and state)* 707 K St NW WDC.

Date: 3/17/2021                                          SA *(signature)*
                                                          *Arresting officer's signature*

                                                          SA Erik Potrafka  FBI
                                                          *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Mark K. Ponder

Known aliases:

Last known residence: 307 K Street, N.W., Washington, D.C., Apartment #1215

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 8/4/1965

Social Security number: 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

Height:                              Weight:

Sex: Male                            Race: African-American

Hair: Brown                          Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 799954LA6

Complete description of auto:

Investigative agency: Federal Bureau of Investigation

Investigative agency address: Washington, D.C.

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: